IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.

DEVIN BURIES,

*Defendant*.

Case No. 1:24-CR-252 [1:24-mj-381]

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America, by and through its undersigned counsel, respectfully asks this Honorable Court for entry of an Order unsealing the complaint and a redacted version of the affidavit in support of the complaint.

While the case is now public knowledge, the aforementioned supporting affidavit includes information relating to minor victims, which should remain under seal pursuant to 18 U.S.C. § 3509(d).   It also contains personal information about the defendant and his family, such as their residential address. Therefore, the United States respectfully requests that the Court unseal a redacted version of the affidavit to protect the privacy of victims, the defendant, and his family.

A proposed Order and redacted version of the supporting affidavit is submitted herewith for the convenience of the Court.   Defense counsel has reviewed and agrees to the government's

1

proposed redactions.

Respectfully submitted,

Lindsey Halligan
United States Attorney & Special Attorney

Todd W. Blanche
Deputy Attorney General

By:    __/s/_____

Laura D. Withers
Assistant United States Attorney

2